**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC GEROLD,                                    No. C-07-4004 EDL

            Plaintiffs,                         **ORDER FOR REASSIGNMENT**

    v.

UNITED STATES GOVERNMENT,

            Defendants.
_____/

        In view of the Report and Recommendation filed on August 29, 2007, the clerk shall
**REASSIGN** the above-captioned case immediately to a district court judge.


Dated: December 14, 2007

                                        _Elizabeth D. Laporte_
                                        ELIZABETH D. LAPORTE
                                        United States Magistrate Judge