UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC GEROLD,

       Plaintiff,

   v.

UNITED STATES GOVERNMENT, et al.,

       Defendants.
_____/

No. C 07-4004 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed the Magistrate Judge's Report and Recommendation Re: Plaintiff's Application to Proceed In Forma Pauperis. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and hereby adopts it. Accordingly, plaintiff's complaint is hereby DISMISSED, for failure to allege any grounds that state a proper claim for relief. In addition, the court notes that, to the extent that plaintiff intends to allege a class action claim, he cannot, as pro se plaintiffs cannot proceed as class representatives. See, e.g., Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975); see also Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962).

Notwithstanding, plaintiff is GRANTED leave to amend his complaint in order to cure the deficiencies noted in the Magistrate Judge's report. Plaintiff's amended complaint shall be filed no later than **January 28, 2008**. Plaintiff is furthermore instructed to amend his application to proceed in forma pauperis in order confirm whether $10,000.00 is the amount

1  of plaintiff's yearly income, or monthly income.

2  **IT IS SO ORDERED**.

3  Dated: January 8, 2008

4  _____
   PHYLLIS J. HAMILTON
   United States District Judge

cc: Wings, Assigned M/J,
    counsel of record