UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC GEROLD,

       Plaintiff,         No. C 07-4004 PJH

       v.            **JUDGMENT**

UNITED STATES GOVERNMENT, et al.,

       Defendants.
_____/

       The court having dismissed this case,

       it is Ordered and Adjudged

       that plaintiff take nothing, and that the action be dismissed.

       IT IS SO ORDERED.

Dated: February 1, 2008

                 _____
                 PHYLLIS J. HAMILTON
                 United States District Judge