OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**FILED**
FEB 0 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Eric Gerold
17 Woodford Drive
Moraga, CA 94549

RECEIVED
FEB - 4 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

07-4004pjh

SAN FRANCISCO CA 94
08 JAN 2008

NIXIE    945  DC 1         00 02/03/08
         RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD
BC: 94102940999    *1440-22191-09-37*

Moved

MAILED FROM ZIPCODE 94102
$00.41

Eric Gerold
17 Woodford Drive
Moraga, CA 94549


CV07-04004 PJH

**FILED**

JAN 0 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC GEROLD,

    Plaintiff,

v.

UNITED STATES GOVERNMENT, et al.,

    Defendants.

No. C 07-4004 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court has reviewed the Magistrate Judge's Report and Recommendation Re: Plaintiff's Application to Proceed In Forma Pauperis. No objections have been filed. The court finds the Report correct, well-reasoned and thorough, and hereby adopts it. Accordingly, plaintiff's complaint is hereby DISMISSED, for failure to allege any grounds that state a proper claim for relief. In addition, the court notes that, to the extent that plaintiff intends to allege a class action claim, he cannot, as pro se plaintiffs cannot proceed as class representatives. See, e.g., Oxendine v. Williams, 509 F.2d 1405, 1407 (4th Cir. 1975); see also Russell v. United States, 308 F.2d 78, 79 (9th Cir. 1962).

Notwithstanding, plaintiff is GRANTED leave to amend his complaint in order to cure the deficiencies noted in the Magistrate Judge's report. Plaintiff's amended complaint shall be filed no later than **January 28, 2008**. Plaintiff is furthermore instructed to amend his application to proceed in forma pauperis in order confirm whether $10,000.00 is the amount of plaintiff's yearly

1 | income, or monthly income.

2 | **IT IS SO ORDERED.**

3 | Dated: January 𝑃, 2008

```
                                    PHYLLIS J. HAMILTON
                                    United States District Judge
```

cc: Wings, Assigned M/J,
    counsel of record

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ERIC GEROLD,

        Plaintiff,

v.

UNITED STATES GOVERNMENT et al,

        Defendant.
_____/

Case Number: CV07-04004 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Gerold
17 Woodford Drive
Moraga, CA 94549

Dated: January 8, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk